UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **Christopher Cazenave,** *Plaintiff* | * * * | CIVIL ACTION NO: 2:16-CV-01420 |
| **VERSUS** | * * | SECTION "NJB" |
| **ANPAC Louisiana Insurance Company, Nicholas F. Echegaray, Progressive County Mutual Insurance Company, and Governmental Employees Insurance Company,** *Defendants* | * * * * * * * | MAGISTRATE "JCW" |

* * * * * * * * * * * * * * * * * * * * * * * *

## STATEMENT OF UNCONTESTED MATERIAL FACTS

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Mr. Christopher Cazenave, who submits the following statement of uncontested material facts in connection with its response to GEICO's motion for summary judgment on insurer penalties:

1. Christopher Cazenave has submitted documentation of approximately $60,000 of post-accident medical expenses incurred because of the accident and this amount continues to grow.

2. Christopher Cazenave has timely submitted medical evidence from his treating physicians that in addition to the arthroscopic knee surgery he has already had as a result from this accident he will need 4-5 more arthroscopic surgeries and a total knee replacement which the accident was a proximate cause of.

3. Christopher Cazenave has timely submitted medical evidence from his treating physicians

that because of this accident he has suffered two bulging and deranged discs and radiculopathy in addition to other lumbar injuries and will require a microdiscectomy surgery, a fusion surgery, a lifetime of injections at the rate of two injections every few years, a lifetime of chiropractic care/physical therapy and pain medication OR he will need the lifetime of chiropractic care/physical therapy, pain medications and injections at the rate of 4 times a year.

4. Christopher Cazenave has timely submitted medical evidence that the costs for either best case scenario for the future treatment of his back alone exceeds far more than $280,055 and the costs of his injections and surgeries is not disputed.

5. Sufficient proof of loss to justify an unconditional tender was submitted at least sixty days ago, it was supplement at least more than thirty days ago and the proof of loss continues to be supplemented.

Respectfully submitted,

/s/ Wendy Manard
**WENDY MANARD (La Bar #29622)**
Manard Law
Energy Centre, Suite 2610
1100 Poydras Street
New Orleans, Louisiana 70163
Telephone: (504) 585-7777
Facsimile: (504) 556-2977
E-Mail: wendy@wmanard.com

*Attorney for Plaintiff, Christopher Cazenave*

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of November, 2016, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to persons electronically noticed. I further certify that I mailed by first-class mail and/or

forwarded by facsimile the foregoing document and the notice of electronic filing of any non-CM/ECF participant.

<u>/s/ Wendy Manard</u><br>
**WENDY MANARD**